506 A.2d 862

COMMONWEALTH of Pennsylvania, Petitioner,

v.

David Lee THOMAS.

Supreme Court of Pennsylvania.

March 6, 1986.

Petition for Allowance of Appeal GRANTED, No. 12 M.D. Appeal Docket 1986.